# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

US Foods, Inc.

                    Plaintiff,

v.                                           Case No.: 1:21−cv−06915
                                                   Honorable Ronald A. Guzman

SRG South Hills, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 12, 2022:

      MINUTE entry before the Honorable Ronald A. Guzman: Attorneys Alexander L Holmquist, Robert O Lampl and James R. Cooney's motion to appear pro hac vice on behalf of all defendants [13], [14], [15] is granted. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.